# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Brenden Lamothe

Write the full name of each plaintiff.

-against-

NYC NYPD

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

17CV 7558

\_\_\_\_CV_____

2017 OCT -3 AM 10:48

(Include case number if one has been assigned)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Brenden | M | Lamothe
First Name | Middle Initial | Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

1131701636
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Manhattan Detention Complex
Current Place of Detention

125 White St, NY, NY
Institutional Address

NY, NY | New York | 10013
County, City | State | Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

## IV.  DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name: John   Last Name: Doe 1   Shield #:
Current Job Title (or other identifying information): Sergant NYPD (Plain clothes)
Current Work Address: 75th pct bet. 4-5 am
County, City: Kings   State: NY   Zip Code:

Defendant 2:

First Name: John   Last Name: Doe 2   Shield #:
Current Job Title (or other identifying information): Police officer NYPD (Plain clothes)
Current Work Address: 75th pct bet. 4-5 am
County, City: Kings   State: NY   Zip Code:

Defendant 3:

First Name: John   Last Name: Doe 3   Shield #:
Current Job Title (or other identifying information): Police officer NYPD (Plain clothes)
Current Work Address: 75th pct bet. 4-5 am
County, City: Kings   State: NY   Zip Code:

Defendant 4:

First Name:   Last Name:   Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City   State   Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Brooklyn, NY Stone ave C

Date(s) of occurrence: May 8, 2016

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was a passenger in a livery taxi headed north bound toward my destination, when three nypd officers headed south bound decided to make a U-turn and followed the taxi I was in. The unmarked car and non uniformed officers (Plain Clothes) followed the taxi for a few blocks before pulling the taxi over. I excersied my rights to remain silent and did not consent to a search and seizure but was pulled out of the taxi for no reason and was subjected to an illegal search and seizure with no probable cause other than the fact that i'm African-American. At the surpreme court hearing in Kings County, Judge Gary stated on record that the stop was racially motivated but still failed to surpress any evidence assumed to be found and dismiss the case. Two out of the three officers came to the grand jury (excluding the sargent) which I didn't get to attend and only one testified

Page 4

falsified information ~~at the~~ at the hearing which did not coraborate the officers intial testimony at the grand jury. This put me in a mental state of deep depression, anxiety and emotional and mental abuse d~~o~~ to harrassment and being subjected to a second class citien in a country I was born in. My lawyer Mike Ciobella has personal ties to the NYPD and I felt coarsed to take a plea because he didn't defend me to the best of his ability.

**INJURIES:** See Attached Letter.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Severe depression, emotionally unstable (Paranoid) and heavy anxiety. As well as PTSD.

## VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

Do to the fact that I just had a new born baby and will never get the time back that i'm missing and the mental depression, emotionally unstable (Paranoid) heavy anxiety and PTSD do to the on going harassment and the violation of my constitutional rights under color of law and being subjected to a second class citizn, I feel that $100,000,000 dollars is a fair amount for my damages.

Throughout my life i've been harrassed and even wrongfully accused of crimes by the nypd which I was later acquitted of in 2007-2009. I feel targeted and now have lost trust in the United States justice system. I fear for my life.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

09-23-17
**Dated**                                                  **Plaintiff's Signature**

Brenden                M                  Lamothe
**First Name**          **Middle Initial**    **Last Name**

125 White St
**Prison Address**

NY, NY                                NY                   10013
**County, City**                     **State**            **Zip Code**


Date on which I am delivering this complaint to prison authorities for mailing: _____

# VERIFICATION

STATE OF NEW YORK)
) ss
COUNTY OF Kings)

_Brenden Lamothe_, being duly sworn, deposes and says:

I am the claimant above named. I have read the foregoing Notice of Claim against the City of New York, and know it contents: the same is true to my own knowledge, except as to those matters I believe them to be true.

_____
Claimant

Sworn to before me this

27th day of September, 2017

_____
NOTARY PUBLIC

F. Burns
Commissioner of Deeds City of New York No. 3-10034
Certificate filed in New York County Term Expires 10/1/17

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                    ss:
COUNTY OF Kings)

Brenden Lamothe, being duly sworn, deposes and says:

That I have on this 27 day of September, 20 17, placed and submitted in the postal receptacle the following documents:

Affidavit of service _____ in the New York City Correctional Facility known as Manhattan Detention complex located at 125 white st, NY, NY 10013 _____ to be duly mailed via the United States Postal Service to the following parties in the above action:

Respectfully submitted,

Sworn to before me this
27th day of September, 20 17

NOTARY PUBLIC
F. Burns
Commissioner of Deeds City of New York No. 3-10034
Certificate filed in New York County Term Expires 10/4/17

Brenden Lamothe
_____
                Claimant

NOTICE OF INTENT

-Against-

CITY OF NEW YORK,
                Defendant.

## TO COMPROLLER OF THE CITY OF NEW YORK:

**PLEASE TAKE NOTICE** that the claimant herein hereby makes and claims and demand against the City of New York as follow:

1. The name and address or P.O. Box of the claimant is as follow:

Brenden Lamothe
415 clubhouse ct, Coram, NY

2. The nature of the claim is as follow:

Violation of constituional rights under color of law deprivation of rights.

3. The time when, the place where, and the manner in which the claim arose:

4. The terms of damages or injuries claimed are:

Anxiety, PTSD, emotional and mental distress. I also missed time away from my new born baby.

The claim and demand is hereby presented for adjustment and payments.

**PLEASE TAKE FURHTER NOTICE**, that by reason of the foregoing, in default of the City of New York to pay the claimant his claim within the time period for compliance with this demand by the City of New York, by the applicable statutes, claimant intends to commence an action against the City of New York, to recover his damages, with interest and cost.

Dated: 09-27-2017

Respectfully,
_____
Claimant

3. Between 4:30 and 5:00 am, Brownsville section of Brooklyn, NY. I was racially profiled by the NYPD 75th pct. and pulled out of a livery taxi and illegally searched and seizured while having the right to remain silent.

125 White St,
NY, NY 10013
MDC-1131701036

500 Pearl St,
New York, NY 10007
Pro Se Intake Unit

